No. 02–11137. RODRIGUEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–11138. ROJAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–11139. SUDDERTH *v.* COURT OF CRIMINAL APPEALS OF TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–11140. RIDLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11142. SHAW *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–11143. PIGGIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–11144. NUCKLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–11145. LEWIS *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 02–11147. CRUZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–11148. CADEN, AKA KIMBLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 02–11149. CRAWFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–11150. O'SULLIVAN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–11151. WALKER *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11152. SHEFFIELD *v.* COURT OF CRIMINAL APPEALS OF TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–11153. BARNOTT *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 02–11154. HOLMES *v.* GARRAGHTY, WARDEN. C. A. 6th Cir. Certiorari denied.